**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:　　　　　　　　　　　　　　　　　　MDL NO: 1626 ALL CASES

**ACCUTANE PRODUCTS LIABILITY**
**LITIGATION**
_____/

**CAROL ANN NEWMAN,**

　　　**Plaintiff,**

v.　　　　　　　　　　　　　　　　　Case No.:　　8:05-md-2523-T-30TBM
　　　　　　　　　　　　　　　　　　　　　　　　　8:05-cv-1562-T-30TBM

**HOFFMAN-LA ROCHE, INC., ROCHE**
**LABORATORIES INC., F. HOFFMAN-LA**
**ROCHE LTD., and ROCHE HOLDING LTD,,**

　　　**Defendants.**
_____/

## ORDER OF DISMISSAL

　　　Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #7 in Case No. 05-cv-1562 and Dkt. #389 in Case No. 04-md-2523).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

　　　1.　　Case No 8:05-cv-1562-T-30TBM is dismissed with prejudice.

　　　2.　　Each party shall bear its own costs and attorney's fees.

　　　3.　　All pending motions are denied as moot.

　　　4.　　The Clerk is directed to close this case.

　　　**DONE** and **ORDERED** in Tampa, Florida on February 8, 2007.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2005\05-cv-1562.stip dismiss 7.wpd